# United States Court of Appeals for the Federal Circuit

August 23, 2006

# ERRATA

Appeal No. 05-1511

## APPLIED COMPANIES V FRANCIS J. HARVEY, SECRETARY OF THE ARMY

Decided:  July 14, 2006                                  Precedential Opinion

Please make the following changes on the **hard copy only**:

Page 2, line 17, of the slip opinion, replace "unconditionally accepted Applied's VECP" with "definitized VECP savings"

Page 5, lines 7-8, replace "mod P15, which unconditionally accepted the VECP" with "mod P15, which definitized mutually agreed upon cost savings data in accordance with Applied Companies' fax of December 20, 1991."

Page 6, line 14, of the slip opinion, replace "[testing]" with "[certifiable cost and pricing]"

Page 6, line 16, of the slip opinion, replace "unconditionally accepted Applied's VECP and contained" with "contractually definitized"

Page 7, line 7, of the slip opinion, delete "concept"

Page 7, line 11, of the slip opinion, replace "them" with "mod P9, and should have promptly objected to mod P15"